FILED
CLERK, U.S. DISTRICT COURT

MAR 21 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDDIE EVANS,<br><br>Defendant. | Case No. CR 12-00807-GHK<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On March 21, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release in the above-referenced matter.

Defendant was represented by Deputy Federal Public Defender Rachel Rossi.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention. Defendant submits on the issue of detention.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Allegations in petition include repeated failures to report for drug treatment and/or drug testing
- ☒ substance abuse history

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ criminal history
- ☒ Substance abuse history
- ☒ Prior violation of conditions of release

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: March 21, 2016

                                              /s/
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE